UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| LARRY JOHNSON,              )<br>                                         )<br>       Plaintiff,                   )<br>v.                                      )        Case No. CV412-161<br>                                         )<br>DEL MONTE FRESH PRODUCE N.A., INC. )<br>(formerly DEL MONTE TROPICAL  )<br>FRUIT CO.) and LUMBERMEN'S   )<br>MUTUAL CASUALTY CO.,        )<br>                                         )<br>       Defendants.               )    | |

## ORDER

Plaintiff Larry Johnson filed this Longshore and Harbor Workers' Compensation Act case on June 6, 2012 (doc. 1) and, in the next month, successfully served both defendants (docs. 6 & 7) and even got a default entered against one of them. Doc. 9. But since then he has pursued this case no further -- not even a default judgment. Within 14 days plaintiff shall show good cause why his case should not be dismissed for failure to prosecute it. Fed. R. Civ. P. 41(b); L.R. 41(b).[1]

---

[1] "The district court possesses the inherent power to police its docket" and to prune from its docket those cases that amount to no more than mere deadwood. *Collins v. Lake Helen, L.P.*, 249 F. App'x 116, 120 (11th Cir. 2007) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962)); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir.1989).

**SO ORDERED,** this 29th day of October, 2012.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA