# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| LARRY JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV412-161 |
| ) | |
| DEL MONTE FRESH PRODUCE N.A., INC. ) | |
| (formerly DEL MONTE TROPICAL ) | |
| FRUIT CO.) and LUMBERMEN'S ) | |
| MUTUAL CASUALTY CO., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court finds that plaintiff Larry Johnson has shown good cause why his case should not be dismissed. *See* doc. 12.

**SO ORDERED** this <u>8th</u> day of November, 2012.

/s/ G.R. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA