UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| LARRY JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV412-161 |
| DEL MONTE FRESH PRODUCE N.A., INC. (formerly DEL MONTE TROPICAL FRUIT CO.) and LUMBERMEN'S MUTUAL CASUALTY CO., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court finds that plaintiff Larry Johnson has shown good cause why his case should not be dismissed. *See* doc. 12.

**SO ORDERED** this  8th  day of November, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA